

faegredrinker.com

**Marsha J. Indych**
Partner
marsha.indych@faegredrinker.com
+1 212 248 3162 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

Application **GRANTED**.  The initial pretrial conference scheduled for October 25, 2023, is adjourned to **November 8, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **November 1, 2023**.

Dated: October 11, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Loeffler v. Discover and Equifax Inc.*, Case No. 1:23-cv-7947

Dear Judge Schofield:

This office represents Discover Bank, captioned as "Discover," in the action referenced above.  We write with the consent of Plaintiff to request a two-week adjournment of the Initial Conference to November 8, 2023.

On September 11, 2023, the Court scheduled an Initial Conference for October 25, 2023. (Docket No. 7.)  On October 4, 2023, Plaintiff filed Discover's executed waiver of service (Docket No. 10), and, that same day, Discover's counsel appeared (Docket Nos. 8 and 9).  The parties request an adjournment of the Initial Conference until November 8, so that they may comply with their obligations under Fed. R. Civ. P. 26.  There have been no prior requests for an adjournment or extensions sought or granted in this case.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Marsha J. Indych*

Marsha J. Indych

MJI/

cc:   All counsel of record (via ECF)